**From:** Brett Gallaway
**Sent:** Wednesday, December 20, 2023 2:46 PM
**To:** Andrew Velazquez
**Cc:** Charlie Kellett; Michael Pfyl; Paul Beyersdorf
**Subject:** Re: Zborowski/Google - Follow up

Andrew/Michael,

Still silence on your end. I'm sure you know, you have an obligation pursuant to FRCP 4(d)(1) to "avoid unnecessary expense" of service. Google is clearly represented. We need to know ASAP if you will agree to accept service. Otherwise, we will have to write the Court.

Brett R. Gallaway, Esq
Partner
McLaughlin & Stern, LLP
260 Madison Ave., 18th Floor
New York, NY, 10016
Tel: (212) 448-1100
Direct:(646) 738-6353
Fax: (212) 448-0066
Email: bgallaway@mclaughlinstern.com
Web: www.mclaughlinstern.com

M&S | McLaughlin&Stern

**From:** Brett Gallaway <BGallaway@mclaughlinstern.com>
**Date:** Tuesday, December 19, 2023 at 12:16 PM
**To:** Andrew Velazquez <andrewvelaz@google.com>
**Cc:** Charlie Kellett <CKellett@mclaughlinstern.com>, Michael Pfyl <michaelpfyl@google.com>, Paul Beyersdorf <PBeyersdorf@mclaughlinstern.com>
**Subject:** RE: Zborowski/Google - Follow up

Andrew/Michael,

Having not heard from you, we filed the attached complaint today. Please confirm by COB tomorrow that you will accept service on behalf of Defendant and we can send you a waiver.

Brett R. Gallaway, Esq
Partner
McLaughlin & Stern, LLP
260 Madison Ave., 18th Floor
New York, NY, 10016
Tel: (212) 448-1100
Direct:(646) 738-6353

Fax: (212) 448-0066
Email: bgallaway@mclaughlinstern.com
Web: www.mclaughlinstern.com

McLaughlin&Stern