UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARIEL ZBOROWSKI,

                Plaintiff,

       -v.-

GOOGLE, LLC,

                Defendant.

23 Civ. 10963 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    The Court understands from its communications with the parties that they have withdrawn from the Court-annexed Mediation Program in favor of engaging with a private mediator (Dkt. #17).

    The parties are hereby ORDERED to file a letter updating the Court on the status of their settlement negotiations on or before **July 26, 2024**, or within 7 days of the termination of such negotiations, whichever is sooner.

    SO ORDERED.

Dated:  April 15, 2024
           New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge